# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

CONOCOPHILLIPS COMPANY,

       Petitioner,

v.                                                            NO. 16-CV-00486 MCA-SCY

SARAH ROFFEY JEWELL,
SECRETARY OF THE INTERIOR,

GREGORY J. GOULD,
DIRECTOR, OFFICE OF
NATURAL RESOURCES REVENUE,

OFFICE OF NATURAL RESOURCES
REVENUE, and

UNITED STATES DEPARTMENT OF
THE INTERIOR,

       Respondents.

## ORDER STAYING ALL PROCEEDINGS UNTIL MARCH 1, 2018

THIS MATTER comes before the Court on the parties' Joint Motion to Extend Stay of Proceedings, filed September 26, 2017 (Doc. 27).

The Court, having considered the parties' Joint Status Report, filed September 26, 2017 (Doc. 26), the Motion, and the grounds set forth therein, finds that the Motion is well taken and should be granted.

WHEREFORE,

IT IS HEREBY ORDERED that all proceedings and deadlines in this case are stayed until March 1, 2018.

IT IS FURTHER ORDERED that on or before February 28, 2018, the Parties will file either a joint status report notifying the Court of the status of the ongoing negotiations or a joint scheduling motion and proposed order establishing revised briefing deadlines in this case.

IT IS SO ORDERED.

_____
THE HONORABLE M. CHRISTINA ARMIJO
Chief United States District Judge

Submitted and Approved by:

*/s/ Approval via Email on 9/26/17 by
   E. Almonte*
Robert J. Sutphin
Adam G. Rankin
HOLLAND & HART LLP
110 North Guadalupe, Suite One
P.O. Box 2208
Santa Fe, New Mexico 87504-2208
TEL: (505) 988-4421
FAX: (505) 983-6043
rsutphin@hollandhart.com
agrankin@hollandhart.com

Charles J. (Tim) Engel
KING & SPALDING LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 661-7800
tengel@kslaw.com

Erich Almonte
KING & SPALDING LLP
1100 Louisiana Street
Suite 4000
Houston, Texas 77002-5213
(713) 751-3200
(713) 751-3290 (facsimile)
ealmonte@kslaw.com

*Counsel for ConocoPhillips*


-   and -

JAMES A. TIERNEY
Acting United States Attorney

*/s/ Erin E. Langenwalter*
Erin E. Langenwalter
Assistant United States Attorney
District of New Mexico
P.O. Box 607
Albuquerque, NM 87103
505-224-1471
Erin.Langenwalter@usdoj.gov

Andrew A. Smith
Senior Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
c/o United States Attorney's Office
P.O. Box 607
Albuquerque, New Mexico 87103
Phone: (505) 224-1468
Fax: (505) 346-7205
andrew.smith@usdoj.gov

*Attorneys for Federal Defendants*

Matthew J. Wheeler
U.S. Department of the Interior
Office of the Solicitor, Rocky Mountain Region
755 Parfet St., Suite 151
Lakewood, CO  80215
Phone: (303) 445-0595
Fax: (303) 231-5363
matthew.wheeler@sol.doi.gov

*Of-Counsel for Federal Defendants*